DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MARK BARCIA,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

No. 2D23-1363

_____

November 15, 2023

Petition for Writ of Certiorari to the Circuit Court for Sarasota County;
Thomas Krug, Judge.

AnneMarie Rizzo of The Law Place, Sarasota; and Kerry Mack of The
Mack Law Firm, Englewood, for Petitioner.

Ashley Moody, Attorney General, Tallahassee, and William C. Shelhart,
Assistant Attorney General, Tampa, for Respondent.


PER CURIAM.

    Denied.


NORTHCUTT, MORRIS, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.